```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                        SOUTHERN DIVISION
```

ROSSTON N. QUICK,                  :
                                   :
     Plaintiff,                   :
                                   :
vs.                                : CIVIL ACTION 13-0085-CB-M
                                   :
SAM COCHRAN, et al.,               :
                                   :
     Defendants.                  :

<u>ORDER</u>

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed,1 the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE this 6th day of May, 2013.

                                                                  *s/Charles R. Butler,Jr.*
                                                                  **SENIOR UNITED STATES DISTRICT JUDGE**

---

[1] The Magistrate Judge recommended that this action be dismissed because Plaintiff failed to respond to the Court's order that he file a signed copy of his motion to proceed in forma pauperis.  That order was mailed to Plaintiff and was not returned.  The Report and Recommendation was mailed to Plaintiff at the same address and was returned as undeliverable.